IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MAVIS MERRIWEATHER                                              PLAINTIFF

v.                          No. 4:11-cv-717-DPM

INTERNATIONAL INSURANCE
COMPANY; SALLY BURGESS FARRIS,
a/k/a Sally Burgess Merriweather; and
TRACY MERRIWEATHER                                             DEFENDANTS

JUDGMENT

Merriweather's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 January 2012